IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
ST. CHARLES COUNTY
CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| **REAL HOMES, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Case No: |
| | ) | |
| vs. | ) | Div. No: |
| | ) | |
| **CITY OF WENTZVILLE** | ) | |
| Defendant | ) | |
| | ) | |
| Serve: Nick Guccione, Mayor of Wentzville | ) | |
| 310 W. Pearce Blvd | ) | |
| Wentzville, MO 63385 | ) | |

## PETITION FOR DAMAGES

**COMES NOW**, Plaintiff, by and through counsel, and for his cause of action states as follows;

1. Plaintiff, Real Homes, Inc., is a Missouri corporation in good standing.

2. Defendant, City of Wentzville, is a government entity located in St. Charles County, Missouri.

3. Jurisdiction and venue are appropriate in the Circuit Court of Saint Charles County as the claims relate to real properties located in Saint Charles County, Missouri.

4. Plaintiff is the owner of real property located at 5442 Delaney Drive, Wentzville, Missouri and 7011 Whisper Creek Drive, Wentzville, Missouri.

5. The Defendant has an obligation to maintain the public streets of the City of Wentzville, Missouri.

6. Delaney Drive and Whisper Creek Drive are public streets within the City of Wentzville, Missouri.

7. Defendant has failed to maintain Delaney Drive and Whisper Creek Drive to prevent the movement of said public roads by what is commonly referred to as "street creep."

1

EXHIBIT C

8. The movement of Delaney Drive and Whisper Creek Drive has caused structural damage to the improvements on Plaintiff's aforementioned real properties.

9. The structural damage has caused an ascertainable loss of money and property.

10. The acts of Defendant are under the color of State law.

11. This Petition is brought in accordance with 42 U.S.C. § 1983 in that Defendant has deprived Plaintiff of property rights without due process of law and have taken Plaintiff's property rights without compensation.

12. Plaintiff has suffered damages in excess of $25,000.00.

13. Plaintiff is entitled to reasonable attorney's fees under § 1983.

14. Plaintiff has made multiple requests to Defendant to fix or mitigate the damages caused by the movement of Delaney Drive and Whisper Creek Drive.

15. Defendant has declined such requests.

WHEREFORE, Plaintiff Real Homes, Inc. prays for an order and judgment against Defendant the City of Wentzville and in favor of Plaintiff Real Homes, Inc. for actual damages, attorney's fee, costs, and such other relief and this Court may deem appropriate.

Respectfully submitted,

WESTERFELD LAW GROUP, LLC

/s/Andrew A. Westerfeld #61123
1242 Jungermann Road, Suite A
St. Peters, MO 63376
Telephone: 636-447-4456
Fax: 636-447-4472
Andrew@wlglawfirm.com



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number: 1711-CC00473 |
|---|---|
| Plaintiff/Petitioner:<br>REAL HOMES, INC.<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW A WESTERFELD<br>1242 JUNGERMANN RD SUITE A<br>SAINT PETERS, MO  63376 |
| Defendant/Respondent:<br>CITY OF WENTZVILLE | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** **CITY OF WENTZVILLE**
                              **Alias:**
**310 W. PIERCE BLVD**                    **SERVE: NICK GUCCIONE**
**WENTZVILLE, MO  63385**                 **MAYOR OF WENTZVILLE**

*COURT SEAL OF*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

    _____5/16/2017_____          _____/S/  Judy Zerr_____
              Date                                                Clerk

*ST. CHARLES COUNTY*     Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____          _____
     Printed Name of Sheriff or Server                         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*   Subscribed and sworn to before me on _____ (date).

        My commission expires: _____     _____
                                      Date                              Notary Public

**Sheriff's Fees**
Summons                         $_____
Non Est                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $_____10.00_____
Mileage                         $_____  (_____ miles @ $._____ per mile)
**Total**                       $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
## ST. CHARLES COUNTY
## CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| **REAL HOMES, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Case No: |
| | ) | |
| vs. | ) | Div. No: |
| | ) | |
| **CITY OF WENTZVILLE** | ) | |
| Defendant | ) | |
| | ) | |
| Serve: Nick Guccione, Mayor of Wentzville | ) | |
| 310 W. Pearce Blvd | ) | |
| Wentzville, MO 63385 | ) | |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now, Plaintiff, by and through counsel, and at his own risk requests the appointment by the Circuit Clerk of:

> Dustin Taber
> 12747 Olive Blvd, Suite 300
> St. Louis, MO 63141

a natural person of lawful age to serve the summons and petition in this cause on the below named parties.

Serve: City of Wentzville
   c/o Nick Guccione, Mayor
   310 W. Pearce Blvd
   Wentzville, MO 63385

Respectfully submitted,

WESTERFELD LAW GROUP, LLC

/s/Andrew A. Westerfeld #61123
1242 Jungermann Road, Suite A
St. Peters, MO 63376
Telephone: 636-447-4456
Fax: 636-447-4472
Andrew@wlglawfirm.com

1

### IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
### ST. CHARLES COUNTY
### CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| **REAL HOMES, INC.** | ) | |
| | ) | |
|     Plaintiff, | ) | Case No: |
| | ) | |
| vs. | ) | Div. No: |
| | ) | |
| **CITY OF WENTZVILLE** | ) | |
|     Defendant | ) | |
| | ) | |
| Serve: Nick Guccione, Mayor of Wentzville | ) | |
|       310 W. Pearce Blvd | ) | |
|       Wentzville, MO 63385 | ) | |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

    Comes now, Plaintiff, by and through counsel, and at his own risk requests the appointment by the Circuit Clerk of:

        Dustin Taber
        12747 Olive Blvd, Suite 300
        St. Louis, MO 63141

a natural person of lawful age to serve the summons and petition in this cause on the below named parties.

    Serve: City of Wentzville
          c/o Nick Guccione, Mayor
          310 W. Pearce Blvd
          Wentzville, MO 63385

Respectfully submitted,

WESTERFELD LAW GROUP, LLC

/s/Andrew A. Westerfeld #61123
1242 Jungermann Road, Suite A
St. Peters, MO 63376
Telephone: 636-447-4456
Fax: 636-447-4472
Andrew@wlglawfirm.com

ALL RISKS TO PLAINTIFF
SO APPOINTED:
/S/ JUDY ZERR   8:21 am, May 16, 2017

1